# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, in his capacity as Court-appointed receiver for the Stanford Receivership Estate; the OFFICIAL STANFORD INVESTORS COMMITTEE<br><br>Plaintiffs,<br><br>v.<br><br>IMG WORLDWIDE, INC. and INTERNATIONAL PLAYERS CHAMPSIONSHIP, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>3:11-cv-00117-N<br><br>(Consolidated with Case No. 3:11-00293-N) |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.12, Plaintiffs Ralph S. Janvey, in his capacity as Court-appointed receiver for the Stanford Receivership Estate; the Official Stanford Investors Committee file this motion for Nicholas A. Foley to withdraw as counsel for the Plaintiffs. Mr. Foley is an attorney, formerly with the law firm of Neligan Foley LLP ("Neligan") and has represented the Plaintiffs in connection with his employment at Neligan. Mr. Foley has retired from the practice of law effective August 31, 2014. Thus, the Plaintiffs request that this Court enter an order removing Mr. Foley as counsel of record for the Plaintiffs effective as of the same date.

The other attorneys at Neligan Foley LLP, along with attorneys at Castillo Snyder, P.C., Strasburger & Price, LLP, Butzel & Long, and Baker Botts LLP, who have made appearances in this case, will continue representing the Plaintiffs. Accordingly, Mr. Foley's withdrawal from the case will not cause undue delay or prejudice to any party.

Dated: October 1, 2014

Respectfully submitted,

**NELIGAN FOLEY LLP**

By: /s/ Douglas J. Buncher
Douglas J. Buncher
Texas State Bar No. 03342700
dbuncher@neliganlaw.com

325 N. St. Paul, Suite 3600
Dallas, TX 75201
Telephone:   (214) 840-5300
Telecopier:   (214) 840-5301

**CASTILLO SNYDER, P.C.**
Edward C. Snyder
Texas Bar No. 00791699
esnyder@casnlaw.com
Jesse R. Castillo
jcastillo@casnlaw.com
300 Convent Street, Suite 1020
San Antonio, Texas 78205
Telephone:   (210) 630-4200
Telecopier:   (210) 630-4210

**STRASBURGER & PRICE LLP**
Edward F. Valdespino
Texas Bar No. 20424700
edward.valdespino@strasburger.com
Andrew L Kerr
Texas Bar No. 11339500
andy.kerr@strasburger.com
2301 Broadway
San Antonio, TX 78215 -1157
Telephone:   (210) 250-6061
Telecopier:   (210) 250-6100

**BUTZEL LONG PC**
Peter D. Morgenstern
(admitted pro hac vice)
morgenstern@butzel.com
380 Madison Ave,
22nd Floor
New York, NY 10017
(212) 818-1110
(212) 818-0494 (Facsimile)

**BAKER BOTTS LLP**
Kevin M. Sadler
kevin.sadler@bakerbotts.com
David T. Arlington
david.arlington@bakerbotts.com
Robert I. Howell
robert.howell@bakerbotts.com
98 San Jacinto Blvd, Suite 1500
Austin, TX 78701-4039
512/322-2500
Fax: 512/322-2501

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

Counsel for the Plaintiff has attempted to confer with counsel for Defendants, via email at the email address(es) reflected on the Court's docket, on September 24, 2014, allowing sufficient time for a response and have received no response or objection to the granting of the relief requested herein.

*/s/ Douglas Dunn*
Douglas Dunn

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system pursuant to the Court's Local Rules this 1st day of October, 2014. All other counsel will be served by United States mail, certified mail/return receipt requested.

*/s/ Douglas Dunn*
Douglas Dunn